# Exhibit 3

- Actiontec Electronics makes WiFi systems including access point, routers and gateways.

  For example, Actiontec's newest models support the latest WiFi standard versions such as WiFi 7 (802.11be) extremely high throughput (EHT) and WiFi 6 (802.11ax) and WiFi 6E (Extended) versions of the WiFi standard. This includes consumer models such as WF-825, WF-710G, WF-815, and WF-810G.

# Gateways and Extenders

Trusted by Major Service Providers

## Next Generation Wi-Fi 7 Speeds and Performance

Actiontec's Gateways and Extenders incorporate the most advanced Wi-Fi 7 technology available including tri-band 4x4x4 with 10Gbps WAN/LAN throughput on our flagship Wi-Fi 7 gateway. We've optimized antenna placement on three dimensions to deliver a robust signal between floors and to the far corners of the home. Wi-Fi 7 delivers wireless speeds up to 19Gbps and uses a revolutionary technology to dramatically increase network capacity so your customers can stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices




WF-825 WF-710G

https://www.actiontec.com/gateways-and-extenders/




## Industry Leading Wi-Fi 6E solutions

Actiontec's tri-band Wi-Fi 6E Gateways and Extenders leverage the new 6GHz Wi-Fi band to provide superior range and performance in both standalone and Wi-Fi Mesh configurations, taking advantage of the newly available 6GHz Wi-Fi spectrum for clear, and fast, Wi-Fi performance. Wi-Fi 6E delivers wireless speeds up to a total of 10Gbps over all three bands, allowing your customers to stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices.

https://www.actiontec.com/gateways-and-extenders/

- **WiFi 7 and WiFi 6/6E are backwards compatible with the WiFi 5 standard.**

Since then, the ongoing evolution of IEEE 802.11 Wi-Fi standards has led to much faster data transmission rates, longer ranges, and more reliable and secure connections. All IEEE 802.11 standard amendments are constructed in a manner such that devices which operate according to their specifications will be backward compatible with earlier versions so that any modern IEEE 802.11-based device can communicate with older products.




https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

- **For example, the Actiontec WF-825 WiFi 7 router supports WiFi 6 (802.11ax) and WiFi 5 (802.11ac) functionality such as providing simultaneous WiFi access to multiple end units located throughout a building to perform video streaming via MU-**

MIMO technology.

Actiontec®

## Overview

The tri-band Wi-Fi 7 WF-825 is designed to provide Wi-Fi network connectivity for homes and business based on the latest 802.11be chipset design. With the WF-825, the user can utilize EasyMesh R4, which provides a self-configuring, self-healing and self-managing Wi-Fi network. It dynamically selects the most reliable Wi-Fi path and enables fast and seamless handoffs for end-users.

WF-825 is one of the best performing WiFi 7 router in the market. It supports 802.11ax on all Wi-Fi radio bands. The 2.4G radio supports 4x4 802.11b/g/n/ax MIMO. The 5G radio supports 4x4 802.11a/n/ac/ax/be MIMO. The 6G radio supports 4x4 802.11a/n/ac/ax/be MIMO WF-825 can meet the requirements for high-speed real-time traffic and high-bandwidth entertainment, such as 4K video, video game streaming and VR.

With global deployments in mind, the WF-825 utilized standard AC/DC adapter, allowing easy adaptation everywhere in every country.

https://fcc.report/FCC-ID/LNQ-WF825/7174953.pdf

# Gateways and Extenders

Trusted by Major Service Providers

## Next Generation Wi-Fi 7 Speeds and Performance

Actiontec's Gateways and Extenders incorporate the most advanced Wi-Fi 7 technology available including tri-band 4x4x4 with 10Gbps WAN/LAN throughput on our flagship Wi-Fi 7 gateway. We've optimized antenna placement on three dimensions to deliver a robust signal between floors and to the far corners of the home. Wi-Fi 7 delivers wireless speeds up to 19Gbps and uses a revolutionary technology to dramatically increase network capacity so your customers can stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices




WF-825 WF-710G

https://www.actiontec.com/gateways-and-extenders/

- Likewise, the Actiontec WF-815 WiFi 6E router supports WiFi 5 (802.11ac) functionality such as providing simultaneous WiFi access to multiple end units located throughout a building to perform video streaming via MU-MIMO technology.

Actiontec®

## Overview

The tri-band Wi-Fi 6E WF-815 is designed to provide Wi-Fi network connectivity for homes and business based on the latest 802.11ax chipset design. With the WF-815, the user can utilize EasyMesh R4, which provides a self-configuring, self-healing and self-managing Wi-Fi network. It dynamically selects the most reliable Wi-Fi path and enables fast and seamless handoffs for end-users.

WF-815 is one of the best performing WiFi 6E router in the market with up to 11Gbps aggregate throughput (AX11000). It supports 802.11ax on all Wi-Fi radio bands. The 2.4G radio supports 4x4 802.11b/g/n/ac/ax MIMO. The 5G radio supports 4x4 802.11a/n/ac/ax MIMO. The 6G radio supports 4x4 802.11a/ax MIMO WF-815 can meet the requirements for high-speed real-time traffic and high-bandwidth entertainment, such as 4K video, video game streaming and VR.

With global deployments in mind, the WF-815 utilized standard AC/DC adapter, allowing easy adaptation everywhere in every country.

https://fcc.report/FCC-ID/LNQ-WF815-2/7173756.pdf




WF-815 WF-810G

## Industry Leading Wi-Fi 6E solutions

Actiontec's tri-band Wi-Fi 6E Gateways and Extenders leverage the new 6GHz Wi-Fi band to provide superior range and performance in both standalone and Wi-Fi Mesh configurations, taking advantage of the newly available 6GHz Wi-Fi spectrum for clear, and fast, Wi-Fi performance. Wi-Fi 6E delivers wireless speeds up to a total of 10Gbps over all three bands, allowing your customers to stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices.

https://www.actiontec.com/gateways-and-extenders/

- Actiontec Electronics legacy WiFi 5 (802.11ac) systems include access points, routers and gateways. These systems also have the functionality to provide simultaneous WiFi access to multiple user devices throughout a building. These systems use include functionality to control which WiFi signals are sent to which user devices, including video streaming via Multi-user (MU) multiple input multiple output (MIMO) technology.

Actiontec®

## WiFi Routers & Gateways

### Best Performing Wi-Fi

Our routers/gateways incorporate the most advanced home wireless technology deployable today, dual band 4x4 802.11ac. We've also optimized antenna placement on three dimensions instead of just two to deliver a robust signal across floors and to the far corners of the house.


Bonded VDSL2/G.fast Wireless AC Gateway Router for CenturyLink


Gigabit Wireless Router R3000


Wireless Broadband Router MI424WR Rev I


Gigabit Wireless Router 4x4 802.11ac M6240L


Bonded VDSL2 Modem 802.11ac Wireless Router T3200M


Bonded VDSL2 Modem 802.11ac Wireless Router T3200


Wireless AC Fiber Router F2300 Product Details


VDSL2 Modem Router C1900A for CenturyLink


Wireless N VDSL Modem Router T2200H


DSL Modem Wireless Router GT784WN


DSL Modem Wireless Router for Verizon GT784WNV


Bonded VDSL2/G.fast Wireless AC Gateway Router for CenturyLink

https://www.actiontec.com/wifi-routers-gateways/

- **Actiontec M6240L is a system that provides WiFi access**




https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L provides WiFi access simultaneously to multiple end units that are located throughout rooms in a building**

Fastest WiFi available – up to 3x faster than conventional WiFi

Dual-band 802.11ac supports extreme wireless speeds up to 2.3 Gbps, while beamforming technology helps boost signal speed and range. Quad stream 4x4 architecture lets users stream multiple HD videos in the home simultaneously. And the Gigabit Wireless Router MI424WR's powerful wireless radios are optimized for better wireless coverage in large homes. Your customers will be able to do more, in more places in their home.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L can control which WiFi signals are sent to which end units**

## Robust protection and security

This sleek device offers enterprise-level security to protect your customers' data and networks. Advanced wireless protection includes WPA2/WPA mixed mode and MAC address filtering. Other essential security features include a fully customizable firewall with Stateful Packet Inspection, denial of service protection, and intrusion detection to keep unwanted visitors from accessing the user's network. It also offers content filtering with URL-keyword based filtering, parental control and customizable filtering policies for each device.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- Actiontec M6240L has video streaming capabilities

## Optimized for video – and more

A dual core processor, video prioritization and QoS capabilities ensure the best possible experience for streaming HD video. The MI424WR gives you the ability to prioritize video data, essentially creating a separate high performance video network for pristine IPTV. The gigabit wireless router can handle multiple media streams without a problem, including HDTV video programming and personal video recording from multiple HD set top boxes. This powerful router also fuels countless other digital experiences including Voice over IP, online gaming, music, live sports, children's entertainment, on-demand content and much more.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L supports MU-MIMO and beam-forming technologies**

Fastest WiFi available – up to 3x faster than conventional WiFi

Dual-band 802.11ac supports extreme wireless speeds up to 2.3 Gbps, while beamforming technology helps boost signal speed and range. Quad stream 4x4 architecture lets users stream multiple HD videos in the home simultaneously. And the Gigabit Wireless Router MI424WR's powerful wireless radios are optimized for better wireless coverage in large homes. Your customers will be able to do more, in more places in their home.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- Actiontec M6240L supports the latest advanced WiFi standards (802.11n and 802.11ac) for maximum range and elimination of dead zones

# Tech Specs

| | |
|---|---|
| INTERFACES: | - Four 10/100/1000 BaseT Ethernet LAN<br>- One 10/100/1000 BaseT Ethernet WAN<br>- One Bonded MoCA 2.0 |
| WIRELESS: | - 802.11 b/g/n/ac |
| WIRELESS SECURITY: | - Wi-Fi Protected Access (WPA, WPA2)<br>- WiFi Protected Setup (WPS)<br>- MAC Address Filtering |
| REGULATORY: | - FCC<br>- IC<br>- UL<br>- cUL<br>- WiFi |

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

# US7827581 vs. 802.11ac (Wi-Fi) Wireless Routers and Access Points

## Summary:

These charts compare claims 1, 6 and 28 of US7827581 to 802.11ac compliant wireless routers and access points. Claim 1 is directed to a system for distributing orthog
frequency division multiplexing (OFDM) signals carrying multimedia information throughout a multi-room building to multiple end units. Dependent claim 6 further limits
system of claim 1 to being a modular system. Claim 28 adds the limitation that the OFDM signal transmissions are spatially directed to the end units. A key aspect of cla
that it requires the system to be able to transmit broadcast traffic (e.g. video streaming) and other traffic (e.g. data communications, voice etc.) separately. This require
satisfied by multiple-user (MU) multiple-input multiple-output (MIMO) technology, which enables multiple types of traffic to be carried in the same transmission, via a mu
data frame. MU-MIMO was first introduced by 802.11ac in 2013. A differentiating feature of claim 28 is that it requires directionality to the transmissions made from the s
The capability was first introduced in 802.11n in 2009, and later improved in 802.11ac. In 2009, IEEE 802.11n introduced MIMO directed beamforming techniques, which
supported maximum of four space-time streams per transmission. This feature provided the capability to direct transmissions to one or more diversely located end units
802.11ac increases the maximum number of space-time streams to eight.

With a priority date of February 29, 2000, US7827581 predates the standard by 13 years. The standard uses orthogonal frequency division multiplexing as well as multip
multiple-output (MIMO) technology both of which compensate for multi-path transmission effects that occur from radio frequency (RF) line of sight (LOS) and RF non-LOS
transmission paths, such as occur in multi-room buildings. OFDM technology provides adequate symbol width and guard intervals so as to alleviate inter symbol interfere
effects such as can occur due to multi-path, reflection and absorption phase induced losses. When using broadcast/multicast transmission, 802.11ac routers and access
not expect acknowledgement (ACK) messages from the end-users devices upon the successful reception of packets.

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| 1. A customer premises system in which: | <u>Commentary</u>:<br><br>IEEE 802.11ac wireless distribution systems include 802.11ac compliant wireless routers and access points.<br><br><u>Evidence</u>:<br>“The single-link and multi-station enhancements supported by **802.11ac** enable several new WLAN usage scenarios, such as **simultaneous streamin** **video to multiple clients throughout the home**, rapid synchronization and backup of large data files, wireless display, large campus/auditorium depl and manufacturing floor automation.[6]<br><br>With the inclusion of USB 3.0 interface, 802.11ac **access points and routers** can use locally attached storage to provide various services that fully ut WLAN capacities, such as video streaming, FTP servers, and personal cloud services.[7] With storage locally attached through USB 2.0, filling the bandwidth made available by 802.11ac was not easily accomplished.” {1} |
| the terms:<br><br>a digital data packet is: a container of data defined by boundaries set according to a protocol; | <u>Commentary</u>:<br><br>IEEE 802.11ac is a wireless communication protocol that uses digital data packets, also known as data frames. Three types of data frames are used frames, control frames and management frames.<br><br><u>Evidence</u>:<br><br>“Three major frame types exist. ***Data frames* are the pack horses of 802.11**, hauling data from station to station. Several different data frame flavor depending on the network. *Control frames* are used in conjunction with data frames to perform area-clearing operations, channel acquisition and ca sensing maintenance functions, and positive acknowledgment of received data. Control and data frames work in conjunction to deliver data reliably station to station. *Management frames* perform supervisory functions; they are used to join and leave wireless networks and move associations fro point to access point.” {2} |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
| --- | --- |
| | <br><br>*Figure 4-1. Generic data frame* {2} |
| communicate is: to transmit digital data packets bi-directionally, with a hand-shaking mechanism for each digital data packet; | <u>Commentary</u>:<br><br>IEEE 802.11ac supports bi-directional communication that involves the receiving end unit sending an acknowledgment message to the transmitter frame for data frames that have been successfully received. The graphics shows station 1 transmitting a data frame fragment to station 2, and stat responding with an acknowledgement message (ACK).<br><br><u>Evidence</u>:<br><br>“Three major frame types exist. ***Data frames*** are the pack horses of **802.11**, **hauling data from station to station**.” {2}<br><br>“If the More Fragments bit in the Frame Control field is 0, no more fragments remain in the frame. **The final fragment need only reserve the mediur own ACK**, at which point contention-based access resumes. The Duration field is set to the amount of time required for one short interframe space a fragment acknowledgment. Figure 4-2 illustrates this process.” {2} |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | <br>*Figure 4-2. Duration setting on final fragment*<br>{2} |
| broadcast is: to transmit digital data packets in one direction, with no hand-shaking mechanism for each digital data packet; | <u>Commentary</u>:<br><br>IEEE 802.11ac supports broadcast transmission of data frames, in which case there the receiving end unit does not send an acknowledgement whe a data frame. In IEEE 802.11n (2009) the nomenclature for broadcast and multicast frames changed to "group addressed" frames. Generally, grou frames are frames that are addressed to more than one destination. The Quality of Service (QoS) control field of a data frame is a 16-bit field that i traffic category or traffic stream to which the frame belongs and other QoS-related information about the frame. The Ack Policy subfield (bits 5 and QoS control field is used to specify whether or not the data frame requires an acknowledgement. The combination of bit 5 = 1 and bit 6 = 0 is used addressed data frames to indicate that an acknowledgement is not required for the data frame.<br><br><u>Evidence</u>:<br><br>"**Frames transmitted to a broadcast** or multicast destination (Address 1 has the group bit set) have a duration of 0. Such frames are not part of an a exchange and **are not acknowledged by receivers**, so contention-based access to the medium can begin after the conclusion of a broadcast or mult frame." {2} |

<table>
<tr><th>US7827581 – CLAIM 1</th><th>Commentary & Evidence<br>{References at end}</th></tr>
<tr><td></td><td>
<table>
<tr><td>Octets: 2</td><td>2</td><td>6</td><td>6</td><td>6</td><td>2</td><td>6</td><td>2</td><td>4</td><td>0–7955</td><td>4</td></tr>
<tr><td>Frame Control</td><td>Duration /ID</td><td>Address 1</td><td>Address 2</td><td>Address 3</td><td>Sequence Control</td><td>Address 4</td><td>QoS Control</td><td>HT Control</td><td>Frame Body</td><td>FCS</td></tr>
<tr><td colspan="9">MAC Header</td><td></td><td></td></tr>
</table>
Figure 7-1—MAC frame format {8}<br><br>
7.1.3.5 QoS Control field<br>
“The QoS Control field is a 16-bit field that identifies the traffic category (TC) or traffic stream (TS) to which the frame belongs and various other Qo<br>
information about the frame that varies by frame type and subtype.” {8}<br><br>
7.1.3.5.3 Ack Policy subfield<br><br>
Table 7-6—Ack Policy subfield in QoS Control field of QoS data frames
<table>
<tr><th colspan="2">Bits in QoS Control field</th><th rowspan="2">Meaning</th></tr>
<tr><th>Bit 5</th><th>Bit 6</th></tr>
<tr><td>1</td><td>0</td><td>No Ack<br>The addressed recipient takes no action upon receipt of the frame. More details are provided in 9.11.<br>The Ack Policy subfield is set to this value in all directed frames in which the sender does not require acknowledgment. This combination is also used for ~~broadcast and multicast~~ group-addressed frames that use the QoS frame format. This combination is not used for QoS data frames with a TID for which a Block Ack agreement exists.</td></tr>
</table>
{8}
</td></tr>
<tr><td>including:</td><td>Commentary:<br><br>An IEEE 802.11ac compliant wireless router has a Wide Area Network (WAN) port for connecting to a broadband modem. The broadband modem co<br>an Internet service provider via a Cable, DSL, fiber optic line, or terrestrial antenna to receive signals carrying data that provides the Internet servic</td></tr>
</table>

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| a wireless multimedia center (WMC) for reception on said premises from one or more signal sources and for distribution of segments of signals from said signal sources through the wireless multimedia center; | Internet service provides many different data and program sources from servers connected to the Internet. The wireless router using 802.11ac (Wi communicate wirelessly to multiple Wi-Fi clients simultaneously. The coverage area of a Wi-Fi network can be extended by connected to the wireles multiple Access Points (AP) is physically diverse locations.<br><br><u>Evidence</u>:<br><br>"**Router**: This is the **central device of a home network** into which you can plug one end of a network cable. The other end of the cable goes into a ne device that has a network port. If you want to add more network devices to a router, you'll need more cables and more ports on the router. These p on the router and on the end devices, are called Local Area Network (LAN) ports." {3}<br><br>"Wide-area network (WAN) port: Also known as the internet port. Generally, **a router has just one WAN port**. (Some business routers come with dua ports, so one can use two separate internet services at a time.) On any router, the WAN port will be separated from the LAN ports, and is often disti by being a different color. **A WAN port is used to connect to an internet source, such as a broadband modem**." {3}<br><br>"**Broadband modem: Often called a DSL modem or cable modem**, a broadband modem is a device that **bridges the internet connection from a servi provider to a computer or to a router**, making the internet available to consumers." {3}<br><br>"A wireless network is very similar to a wired network with one big difference: **devices don't use cables to connect to the router and one another**. In **they use radio wireless connections called Wi-Fi** (Wireless Fidelity), which is a friendly name for the **802.11** networking standards supported by the Electrical and Electronics Engineers (IEEE). Wireless networking devices don't need to have ports, just antennas, which sometimes are hidden inside itself. In a typical home network, there are generally both wired and wireless devices, and they can all talk to one another. In order **to have a Wi-Fi there needs to be an access point and a Wi-Fi client**." {3}<br><br>"**Access point**: An access point (AP) is a central device that **broadcasts a Wi-Fi signal for Wi-Fi clients to connect to**. Generally, each wireless networ those you see popping up on your phone's screen as you walk around a big city, belongs to one access point. You can **buy an AP separately and co router** or a switch to add Wi-Fi support to a wired network, but generally, you want to **buy a wireless router**, which is a regular router (one WAN por LAN ports and so on) **with a built-in access point**. Some routers even come with more than one access point (see discussion of dual-band and tri-ban below)." {3}<br><br>"**Wi-Fi client**: A Wi-Fi client or WLAN client is a device that can **detect the signal broadcast by an access point**, **connect to it and maintain the conne** recent laptops, phones and tablets on the market come with built-in Wi-Fi capability." {3} |

<table>
<tr><th>US7827581 – CLAIM 1</th><th>Commentary & Evidence<br>{References at end}</th></tr>
<tr><td>to a plurality of end units, in which:</td><td>
<u>Commentary</u>:<br><br>
An IEEE 802.11ac compliant wireless router or access point is capable of communicating with many types of end units. Examples of the various typ units, which are 802.11ac compliant Wi-Fi client devices is given in the table below. These Wi-Fi client devices include handheld devices, laptops, ta digital TVs and set-top boxes.<br><br>
<u>Evidence</u>:<br><br>
<table>
<tr><th>Scenario</th><th>Typical client form factor</th><th>PHY link rate</th><th>Aggregate capacity (speed)</th></tr>
<tr><td>One-antenna AP, one-antenna STA, 80 MHz</td><td>Handheld</td><td>433 Mbit/s</td><td>433 Mbit/s</td></tr>
<tr><td>Two-antenna AP, two-antenna STA, 80 MHz</td><td>Tablet, laptop</td><td>867 Mbit/s</td><td>867 Mbit/s</td></tr>
<tr><td>One-antenna AP, one-antenna STA, 160 MHz</td><td>Handheld</td><td>867 Mbit/s</td><td>867 Mbit/s</td></tr>
<tr><td>Three-antenna AP, three-antenna STA, 80 MHz</td><td>Laptop, PC</td><td>1.27 Gbit/s</td><td>1.27 Gbit/s</td></tr>
<tr><td>Two-antenna AP, two-antenna STA, 160 MHz</td><td>Tablet, laptop</td><td>1.69 Gbit/s</td><td>1.69 Gbit/s</td></tr>
<tr><td>Four-antenna AP, four one-antenna STAs, 160 MHz (MU-MIMO)</td><td>Handheld</td><td>867 Mbit/s to each STA</td><td>3.39 Gbit/s</td></tr>
<tr><td>Eight-antenna AP, 160 MHz (MU-MIMO)<br>• one four-antenna STA<br>• one two-antenna STA<br>• two one-antenna STAs</td><td>Digital TV, Set-top Box, Tablet, Laptop, PC, Handheld</td><td>• 3.39 Gbit/s to four-antenna STA<br>• 1.69 Gbit/s to two-antenna STA<br>• 867 Mbit/s to each one-antenna STA</td><td>6.77 Gbit/s</td></tr>
<tr><td>Eight-antenna AP, four 2-antenna STAs, 160 MHz (MU-MIMO)</td><td>Digital TV, tablet, laptop, PC</td><td>1.69 Gbit/s to each STA</td><td>6.77 Gbit/s</td></tr>
</table>
{1}
</td></tr>
<tr><td>the signals include video and/or audio signals (hereinafter video) and/or broadband communication data;</td><td>
Commentary:<br><br>
The wireless signals transmitted by an 802.11ac compliant wireless router or access point signals for video streaming and broadband data commur<br><br>
<u>Evidence</u>:<br><br>
802.11ac is the latest evolution of Wi-Fi, and it should be particularly good for gaming and HD video streaming. {4}
</td></tr>
</table>

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | "The single-link and multi-station enhancements supported by **802.11ac** enable several new WLAN usage scenarios, such as **simultaneous streamin** **video to multiple clients throughout the home**, rapid **synchronization and backup of large data files**, wireless display, large campus/auditorium depl and manufacturing floor automation." {1}<br><br>"The last major revision to the main WiFi standard was **802.11ac**, which was designed to dramatically increase the speed of **data transfers**. This is t standard on the way to "Gigabit WiFi" where speeds can reach 1 Gbit/s, by far the fastest WiFi version to date. 802.11ac also runs solely on the les GHz band and this higher frequency and modulation rate allows for a higher speed, at the expense of range compared with 2.4 GHz 802.11n or g." |
| the wireless multimedia center receives all the signals and distributes segments of said signals via a transmitter; | <u>Commentary</u>:<br><br>An IEEE 802.11ac compliant wireless router is capable of receiving all the WAN signals from a network connection at the premises via a broadband internal access point in the wireless router and/or an external access point connected to the wireless router transmits segments of the WAN signals requested by Wi-Fi clients. The wireless router or access point has an 802.11ac compliant transmitter for this purposes and supports multiple user input multiple output (MU-MIMO) transmission for this purpose.<br><br><u>Evidence</u>:<br><br>Generally, a **router** has just one **WAN port**. {3}<br><br>**"A WAN** port is used to connect to an **internet source**, such as a **broadband modem**." {3}<br><br>a **broadband modem** is a device that **bridges the internet connection** from a service provider to a computer or **to a router**, making the internet avail consumers." {3}<br><br>An access point (AP) is a central device that **broadcasts a Wi-Fi signal for Wi-Fi clients to connect to**. {3}<br><br>You can buy an AP separately and connect it to a router or a switch to add Wi-Fi support to a wired network, but generally, you want to buy a **wirele** which is a regular router (one WAN port, multiple LAN ports and so on) **with a built-in access point**. {3]<br><br>**"Wi-Fi client**: A Wi-Fi client or WLAN client is a device that can **detect the signal broadcast by an access point**, **connect to it and maintain the conne** |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | "With **MU-MIMO**, **multiple simultaneous transmissions** of different Wi-Fi tiers **are sent to multiple devices** at the same time, enabling them to connec speed each client needs. In other words, having a MU-MIMO Wi-Fi network is like having multiple wireless routers of different Wi-Fi tiers. Each of the "routers" is dedicated to each tier of devices in the network so that multiple devices can connect at the same time without slowing one another dov |
| the video signals are broadcast by orthogonal frequency division multiplexing (OFDM) in which all signals are added together and summed as an orthogonal array having dimensions of time, frequency and amplitude, to transmit spread spectrum multiplexed signals, in which each pulse including said signals has sufficiently long individual pulse widths to defeat multi-path, reflection and absorption phase induced losses; | Commentary:<br><br>802.11ac supports MU-MIMO, which uses space-time coding of the OFDM signals to distinguish the multipath OFDM signals that are destined for the unit, and hence are to be combined according to MIMO techniques. The patent contemplated the use of coding OFDM signals.<br><br>Evidence:<br><br>"Traditionally, radio engineers treated natural multipath propagation as an impairment to be mitigated. **MIMO** is the first radio technology that treat **multipath propagation** as a phenomenon to be exploited. MIMO multiplies the capacity of a radio link by transmitting multiple signals over multiple, located antennas. This is accomplished without the need for additional power or bandwidth. **Space–time codes are employed to ensure that the sigr transmitted over the different antennas are orthogonal to each other, making it easier for the receiver to distinguish one from another.** Even when line of sight access between two stations, dual antenna polarization may be used to ensure that there is more than one robust path.<br><br>**OFDM** enables reliable broadband communications by **distributing user data across a number of closely spaced, narrowband subchannels**.[1] This arrangement makes it possible to eliminate the biggest obstacle to reliable broadband communications, intersymbol interference (ISI). ISI occurs w overlap between consecutive symbols is large compared to the symbols' duration. Normally, high data rates require shorter duration symbols, incre risk of ISI. By dividing a high-rate data stream into numerous low-rate data streams, **OFDM enables longer duration symbols**. A cyclic prefix (CP) ma inserted to create a (time) guard interval that prevents ISI entirely. If the guard interval is longer than the delay spread—the difference in delays ex by symbols transmitted over the channel—then there will be no overlap between adjacent symbols and consequently no intersymbol interference. CP slightly reduces spectral capacity by consuming a small percentage of the available bandwidth, the elimination of ISI makes it an exceedingly w tradeoff. "{6} |
| and:<br><br>the video signals are broadcast from the wireless multimedia center via one or more | Commentary:<br><br>MU-MIMO uses multiple transmit and receive antennas to take advantage of multipath signal propagation to increase communication bandwidth. Sp coding is applied to the signal transmitted from each antenna so that signals destined to the same end unit can be combined, according to MIMO te This creates a separate and dedicated RF channel (by way of the space-time coding) for each end unit, which enables the medium (spectral band d Wi-Fi) to be shared simultaneously among multiple end units. This operation is in contrast to 802.11a/b/g in which the medium is shared on a time- |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
| --- | --- |
| separate and dedicated RF channels to one or more end units; | basis among the end units. The Very High Throughput (VHT) physical specification (PHY) of 802.11ac applies to individually addressed and group ad transmission (see earlier discussion regarding broadcast/multicast transmissions now referred to as group addressed transmissions). The VHT PHY e maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU trans supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight. In 2009 IEE introduced four MIMO streams but did not support MU transmissions.<br><br><u>Evidence</u>:<br><br>"When transmitting a multi-user MIMO frame set, 802.11ac handles each individual user separately up to the point at which signals are combined fo analog frontend in the spatial mapper. Figure 4-17 shows a highly simplified block diagram of a two-user MIMO transmission system. Each user's in treated independently in the digital system, where it is padded and scrambled and has forward error correction applied. **Individual transmissions in user MIMO system can be coded independently**, so one user may have convolutional coding and a second user may use LDPC. Each transmission is at its own rate, and may or may not have STBC applied. Multiple user transmissions are only combined together in the spatial mapper, at which poi steering matrix derived from the sounding process is applied to the collective data of all users." {7}<br><br>"**The most important task for a receiver of a multi-user transmission is to determine how to get at its own transmission within the multi-user stream while ignoring all the others**. When decoding the transmissions, a receiver can process not only its own stream's VHT-modulated training fields, but other streams in the transmission. For obvious reasons, the other streams are called *interfering* streams. **802.11ac places no requirement on a stat decode the interfering data streams**, but doing so will reduce the effects of interference." {7} |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | <br>*Figure 4-14. Multi-user MIMO transmission model system* {7}<br><br>"22. Very High Throughput (VHT) PHY specification<br><br>22.1 Introduction<br>22.1.1 Introduction to the VHT PHY |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| | Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (**OFDM**) system.<br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving<br>PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of **space-time streams** supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU trans **supports up to four users with up to four space-time streams per user** with the total number of space-time streams not exceeding eight.<br><br>NOTE—A VHT SU PPDU includes individually addressed and **group addressed transmissions**." {9} |
| and<br><br>optionally, the end units communicate simultaneously with the wireless multimedia center, via a separate bi-directional wideband data pipe (WDP) which provides, as demanded, control for the video channels, data transfer, or plain old telephone service, wherein said wireless multimedia center controls which segments of which signals are distributed to each end unit; the video signals are broadcast independently without the presence of communication signals and/or are broadcast simultaneously with the communication signals. | Commentary:<br><br>An 802.11ac wireless router or access point uses a prioritized queue mechanism to control which segments of signals are included in multi-user fra transmissions. The queue is filled depending on the communication needs of applications that are running on the end unit devices, such as voice, d video applications. The end units communicate in a bi-directional manner with the router or access point depending on a channel acquisition proce first figure shows an example of a multi-user frame simultaneously carrying voice, video and best effort data packets, which may include group add (broadcast/multicast) data packets (e.g. for a video application) and unicast data packets (e.g. for voice and data applications, as well as control of voice and data applications). The second figure shows an example channel assignment for accessing a wideband pipe, which can be a combination four or eight 20 MHz channels.<br><br><u>Evidence</u>:<br><br>"With MU-MIMO, multiple simultaneous transmissions of different Wi-Fi tiers are sent to multiple devices at the same time, enabling them to connec speed each client needs. In other words, having a MU-MIMO Wi-Fi network is like having multiple wireless routers of different Wi-Fi tiers. **Each of the "routers" is dedicated to each tier of devices in the network so that multiple devices can connect at the same time without slowing one another dow**<br><br>"Multi-user MIMO systems retain the same four queues for **voice, video, best effort, and background traffic** originally developed as part of the 802.1 of service architecture." {7}<br><br>"In this figure, there is a relatively long frame at the head of the voice queue destined for the phone. When the AP gains control of the channel to tr voice frame to the phone, the voice access category becomes the primary AC. **The AP begins constructing a multi-user frame, and can now conside frames and other access categories for transmission.**"{7} |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | "For instance, within the transmit queues in the AP it is possible to **select a video frame for one laptop and two best-effort data frames for the other** while retaining the same overall frame transmission time, provided that the two laptop devices are located in directions that are not subject to caus user interference. Even if there are other frames available, such as the background frame shown to the fourth station in Figure 4-20, they may not in a multi-user transmission if the receiver is not spatially distinct." {7}<br><br><br>*Figure 4-20. Queuing with multi-user MIMO* {7} |

| *US7827581 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | "To help with **dividing up airtime between channels, 802.11ac** introduces the terminology of *primary* and *secondary* (or, more formally, *non-primar* channels. The **primary channel** is the channel used to transmit something at its **native bandwidth**." {7} |

*Table 3-2. Primary and secondary channel relationships in Figure 3-5*

| Channel bandwidth | Primary channel | Secondary channel | Total number of 20 MHz channels |
|---|---|---|---|
| 20 MHz | 60 | 64 | One (60) |
| 40 MHz | 60 | 52 | Two (60, 64) |
| 80 MHz | 52 | 36 | Four (52, 56, 60, and 64) |
| 160 MHz | 36 | n/a | Eight (36, 40, 44, 48, 52, 56, 60, and 64) |

{7}

| *US7827581 – CLAIM 6* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| 6. A system according to claim 1 in which the system is modular | Commentary:<br><br>An IEEE 802.11ac wireless distribution system may an include 802.11ac compliant wireless router connected to multiple access points. The access different primary channel assignments. This facilitates simultaneous service to a much larger number of end units over a larger geographical area a a system with a single wireless router with only one internal access point in it.<br><br>Evidence:<br><br>“In a network designed for 802.11ac capacity, generally the APs will be placed where they are needed for 5 GHz coverage. **In a network designed fo capacity**, the network will be quite dense because of the high SNR requirements to support the 256-QAM rates (MCS 8 and 9). As a result, there are places in your network where a dual-radio device does not make sense. Figure 5-1 illustrates one example of this. **Four APs are used to provide high 802.11ac coverage**. However, due to the longer usable range of 2.4 GHz radio signals, even when turning the power down, three APs are sufficient coverage at 2.4 GHz. One of the APs does not need to activate its 2.4 GHz radio.” {7}<br><br>“A common method of adding 802.11ac capacity to an existing network is to **add an 802.11ac radio to a place in space where 5 GHz coverage need improvement**. Such “infill” APs need only be 5 GHz–capable, but should come from the same vendor as the dual-radio devices already used on your ensure that the roaming, band steering, and load-balancing capabilities work with the rest of the network.” {7} |

| *US7827581 – CLAIM 6* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | <br>*Figure 5-1. 2.4 GHz coverage completeness* {7} |

| *US7827581 – CLAIM 28* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| 28. A system according to claim 1 in which the one of the dimensions of the transmission is direction. | Commentary:<br><br>In 2009, IEEE 802.11n introduced MIMO transmission capability, which supports directed beamforming. Beamforming enables transmissions to be s directed to a one or more diversely located receivers. In 2013, IEEE 802.11ac extended the maximum number of space-time streams supported fro in 802.11n to eight in 802.11ac. The Very High Throughput (VHT) physical specification (PHY) of 802.11ac applies to individually addressed and gro transmission (see the earlier discussion regarding broadcast/multicast transmissions now referred to as group addressed transmissions). The VHT P provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time strea with the total number of space-time streams not exceeding eight. The following figure depicts directed space-time streams being transmitted to en that either the transmission depicted by the blue arrows (i.e. eight streams) or the transmission depicted by the green arrows and the red arrows (i eight streams) would occur simultaneously, so as not to exceed the maximum of eight streams.<br><br>Evidence:<br><br>**“22. Very High Throughput (VHT) PHY specification**<br><br>**22.1 Introduction**<br>**22.1.1 Introduction to the VHT PHY**<br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (**OFDM**) system.<br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving<br>PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of **space-time streams** supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU trans **supports up to four users with up to four space-time streams per user** with the total number of space-time streams not exceeding eight.<br><br>NOTE—A VHT SU PPDU includes individually addressed and **group addressed transmissions**.” {9} |

| *US7827581 – CLAIM 28* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | <br>*Figure 4-14. Multi-user MIMO transmission model system*<br>{7} |

{1} New scenarios and configurations https://en.wikipedia.org/wiki/IEEE_802.11ac

{2} 802.11 Wireless Networks: The Definitive Guide, 2nd Edition, Chapter 4, 802.11 Framing in Detail https://www.safaribooksonline.com/library/view/80211-wireless-networks/0596100052

{3} Home networking: Everything you need to know https://www.cnet.com/how-to/home-networking-explained-part-1-heres-the-url-for-you/

{4} 802.11ac: what you need to know http://www.techradar.com/news/networking/wi-fi/802-11ac-what-you-need-to-know-1059194

{5} WiFi standards explained: what you should know about the new 802.11 ad, ah & af standards http://www.androidauthority.com/wifi-standards-explained-802-11b-g-n-ac-ad-ah-af-6662

{6} MIMO-OFDM https://en.wikipedia.org/wiki/MIMO-OFDM

{7} 802.11ac A Survival Guide, Chapter 4: Beamforming in 802.11ac http://chimera.labs.oreilly.com/books/1234000001739/ch04.html

{8} IEEE Std 802.11n-2009

{9} IEEE Std 802.11ac-2013