# Exhibit 4

- Actiontec Electronics makes WiFi systems including access point, routers and gateways.

For example, Actiontec's newest models support the latest WiFi standard versions such as WiFi 7 (802.11be) extremely high throughput (EHT) and WiFi 6 (802.11ax) and WiFi 6E (Extended) versions of the WiFi standard. This includes consumer models such as WF-825, WF-710G, WF-815, and WF-810G.

## Gateways and Extenders

Trusted by Major Service Providers

### Next Generation Wi-Fi 7 Speeds and Performance

Actiontec's Gateways and Extenders incorporate the most advanced Wi-Fi 7 technology available including tri-band 4x4x4 with 10Gbps WAN/LAN throughput on our flagship Wi-Fi 7 gateway. We've optimized antenna placement on three dimensions to deliver a robust signal between floors and to the far corners of the home. Wi-Fi 7 delivers wireless speeds up to 19Gbps and uses a revolutionary technology to dramatically increase network capacity so your customers can stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices




WF-825 WF-710G

https://www.actiontec.com/gateways-and-extenders/




WF-815 WF-810G

## Industry Leading Wi-Fi 6E solutions

Actiontec's tri-band Wi-Fi 6E Gateways and Extenders leverage the new 6GHz Wi-Fi band to provide superior range and performance in both standalone and Wi-Fi Mesh configurations, taking advantage of the newly available 6GHz Wi-Fi spectrum for clear, and fast, Wi-Fi performance. Wi-Fi 6E delivers wireless speeds up to a total of 10Gbps over all three bands, allowing your customers to stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices.

https://www.actiontec.com/gateways-and-extenders/

- **WiFi 7 and WiFi 6/6E are backwards compatible with the WiFi 5 standard.**

Since then, the ongoing evolution of IEEE 802.11 Wi-Fi standards has led to much faster data transmission rates, longer ranges, and more reliable and secure connections. All IEEE 802.11 standard amendments are constructed in a manner such that devices which operate according to their specifications will be backward compatible with earlier versions so that any modern IEEE 802.11-based device can communicate with older products.




https://standards.ieee.org/beyond-standards/the-evolution-of-wi-fi-technology-and-standards/

- **For example, the Actiontec WF-825 WiFi 7 router supports WiFi 6 (802.11ax) and WiFi 5 (802.11ac) functionality such as providing simultaneous WiFi access to multiple end units located throughout a building to perform video streaming via MU-**

MIMO technology.

Actiontec®

## Overview

The tri-band Wi-Fi 7 WF-825 is designed to provide Wi-Fi network connectivity for homes and business based on the latest 802.11be chipset design. With the WF-825, the user can utilize EasyMesh R4, which provides a self-configuring, self-healing and self-managing Wi-Fi network. It dynamically selects the most reliable Wi-Fi path and enables fast and seamless handoffs for end-users.

WF-825 is one of the best performing WiFi 7 router in the market. It supports 802.11ax on all Wi-Fi radio bands. The 2.4G radio supports 4x4 802.11b/g/n/ax MIMO. The 5G radio supports 4x4 802.11a/n/ac/ax/be MIMO. The 6G radio supports 4x4 802.11a/n/ac/ax/be MIMO WF-825 can meet the requirements for high-speed real-time traffic and high-bandwidth entertainment, such as 4K video, video game streaming and VR.

With global deployments in mind, the WF-825 utilized standard AC/DC adapter, allowing easy adaptation everywhere in every country.

https://fcc.report/FCC-ID/LNQ-WF825/7174953.pdf

# Gateways and Extenders

Trusted by Major Service Providers

## Next Generation Wi-Fi 7 Speeds and Performance

Actiontec's Gateways and Extenders incorporate the most advanced Wi-Fi 7 technology available including tri-band 4x4x4 with 10Gbps WAN/LAN throughput on our flagship Wi-Fi 7 gateway. We've optimized antenna placement on three dimensions to deliver a robust signal between floors and to the far corners of the home. Wi-Fi 7 delivers wireless speeds up to 19Gbps and uses a revolutionary technology to dramatically increase network capacity so your customers can stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices




WF-825 WF-710G

https://www.actiontec.com/gateways-and-extenders/

- Likewise, the Actiontec WF-815 WiFi 6E router supports WiFi 5 (802.11ac) functionality such as providing simultaneous WiFi access to multiple end units located throughout a building to perform video streaming via MU-MIMO technology.

Actiontec®

## Overview

The tri-band Wi-Fi 6E WF-815 is designed to provide Wi-Fi network connectivity for homes and business based on the latest 802.11ax chipset design. With the WF-815, the user can utilize EasyMesh R4, which provides a self-configuring, self-healing and self-managing Wi-Fi network. It dynamically selects the most reliable Wi-Fi path and enables fast and seamless handoffs for end-users.

WF-815 is one of the best performing WiFi 6E router in the market with up to 11Gbps aggregate throughput (AX11000). It supports 802.11ax on all Wi-Fi radio bands. The 2.4G radio supports 4x4 802.11b/g/n/ac/ax MIMO. The 5G radio supports 4x4 802.11a/n/ac/ax MIMO. The 6G radio supports 4x4 802.11a/ax MIMO WF-815 can meet the requirements for high-speed real-time traffic and high-bandwidth entertainment, such as 4K video, video game streaming and VR.

With global deployments in mind, the WF-815 utilized standard AC/DC adapter, allowing easy adaptation everywhere in every country.

https://fcc.report/FCC-ID/LNQ-WF815-2/7173756.pdf




WF-815 WF-810G

## Industry Leading Wi-Fi 6E solutions

Actiontec's tri-band Wi-Fi 6E Gateways and Extenders leverage the new 6GHz Wi-Fi band to provide superior range and performance in both standalone and Wi-Fi Mesh configurations, taking advantage of the newly available 6GHz Wi-Fi spectrum for clear, and fast, Wi-Fi performance. Wi-Fi 6E delivers wireless speeds up to a total of 10Gbps over all three bands, allowing your customers to stream Ultra-HD 4K video, download enormous files, and have enough capacity for fast and smooth connections for all connected devices.

https://www.actiontec.com/gateways-and-extenders/

- Actiontec Electronics legacy WiFi 5 (802.11ac) systems include access points, routers and gateways. These systems also have the functionality to provide simultaneous WiFi access to multiple user devices throughout a building. These systems use include functionality to control which WiFi signals are sent to which user devices, including video streaming via Multi-user (MU) multiple input multiple output (MIMO) technology.

Actiontec®

## WiFi Routers & Gateways

### Best Performing Wi-Fi

Our routers/gateways incorporate the most advanced home wireless technology deployable today, dual band 4x4 802.11ac. We've also optimized antenna placement on three dimensions instead of just two to deliver a robust signal across floors and to the far corners of the house.


Bonded VDSL2/G.fast Wireless AC Gateway Router for CenturyLink


Gigabit Wireless Router R3000


Wireless Broadband Router MI424WR Rev I


Gigabit Wireless Router 4x4 802.11ac M6240L


Bonded VDSL2 Modem 802.11ac Wireless Router T3200M


Bonded VDSL2 Modem 802.11ac Wireless Router T3200


Wireless AC Fiber Router F2300 Product Details


VDSL2 Modem Router C1900A for CenturyLink


Wireless N VDSL Modem Router T2200H


DSL Modem Wireless Router GT784WN


DSL Modem Wireless Router for Verizon GT784WNV


Bonded VDSL2/G.fast Wireless AC Gateway Router for CenturyLink

https://www.actiontec.com/wifi-routers-gateways/

- **Actiontec M6240L is a system that provides WiFi access**




https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L provides WiFi access simultaneously to multiple end units that are located throughout rooms in a building**

## Fastest WiFi available – up to 3x faster than conventional WiFi

Dual-band 802.11ac supports extreme wireless speeds up to 2.3 Gbps, while beamforming technology helps boost signal speed and range. Quad stream 4x4 architecture lets users stream multiple HD videos in the home simultaneously. And the Gigabit Wireless Router MI424WR's powerful wireless radios are optimized for better wireless coverage in large homes. Your customers will be able to do more, in more places in their home.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L can control which WiFi signals are sent to which end units**

## Robust protection and security

This sleek device offers enterprise-level security to protect your customers' data and networks. Advanced wireless protection includes WPA2/WPA mixed mode and MAC address filtering. Other essential security features include a fully customizable firewall with Stateful Packet Inspection, denial of service protection, and intrusion detection to keep unwanted visitors from accessing the user's network. It also offers content filtering with URL-keyword based filtering, parental control and customizable filtering policies for each device.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

 Actiontec M6240L has video streaming capabilities

Optimized for video – and more

A dual core processor, video prioritization and QoS capabilities ensure the best possible experience for streaming HD video. The MI424WR gives you the ability to prioritize video data, essentially creating a separate high performance video network for pristine IPTV. The gigabit wireless router can handle multiple media streams without a problem, including HDTV video programming and personal video recording from multiple HD set top boxes. This powerful router also fuels countless other digital experiences including Voice over IP, online gaming, music, live sports, children's entertainment, on-demand content and much more.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

- **Actiontec M6240L supports MU-MIMO and beam-forming technologies**

Fastest WiFi available – up to 3x faster than conventional WiFi

Dual-band 802.11ac supports extreme wireless speeds up to 2.3 Gbps, while beamforming technology helps boost signal speed and range. Quad stream 4x4 architecture lets users stream multiple HD videos in the home simultaneously. And the Gigabit Wireless Router MI424WR's powerful wireless radios are optimized for better wireless coverage in large homes. Your customers will be able to do more, in more places in their home.

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

-  Actiontec M6240L supports the latest advanced WiFi standards (802.11n and 802.11ac) for maximum range and elimination of dead zones

# Tech Specs

| | |
|---|---|
| INTERFACES: | - Four 10/100/1000 BaseT Ethernet LAN<br>- One 10/100/1000 BaseT Ethernet WAN<br>- One Bonded MoCA 2.0 |
| WIRELESS: | - 802.11 b/g/n/ac |
| WIRELESS SECURITY: | - Wi-Fi Protected Access (WPA, WPA2)<br>- WiFi Protected Setup (WPS)<br>- MAC Address Filtering |
| REGULATORY: | - FCC<br>- IC<br>- UL<br>- cUL<br>- WiFi |

https://www.actiontec.com/products/wifi-routers-gateways/fiber/m6240l/

# US9344183 vs. 802.11n/ac (Wi-Fi) Wireless Routers and Access Points

## Summary:

This chart compares claims 1 of US9344183 to 802.11n/ac compliant wireless routers and access points. Claim 1 is directed to a system for distributing orthogonal frequ division multiplexing (OFDM) signals carrying multimedia information throughout a multi-room building to multiple end units. A key aspect of the claim that differentiates earlier versions of the 802.11 standard (a/b/g) is it requires transmission in multiple directions to multiple end units. This function is supported by multiple-input multiple (MIMO) technology, which was introduced in 2009 by 802.11n and later improved in 2013 by 802.11ac. Future versions of the 802.11 standard will also use MIMO techno

With a priority date of February 29, 2000, US9344183 predates the 802.11ac standard by 13 years and the 802.11n standard by 9 years. These standards use orthogona division multiplexing as well as multiple-input multiple-output (MIMO) technology both of which compensate for multi-path transmission effects that occur from radio freq (RF) line of sight (LOS) and RF non-LOS transmission paths, such as occur in multi-room buildings. OFDM technology provides adequate symbol width and guard intervals alleviate inter symbol interference (ISI) effects such as can occur due to multi-path, reflection and absorption phase induced losses. When using broadcast/multicast tran 802.11n/ac routers and access points do not expect acknowledgement (ACK) messages from the end-users devices upon the successful reception of packets. In 2009, IE introduced MIMO directed beamforming techniques, which supported maximum of four space-time streams per transmission. This feature provided the capability to dire transmissions to one or more diversely located end units. IEEE 802.11ac increases the maximum number of space-time streams to eight.

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| 1. A multimedia device for use in an indoor, multi-room, home or business, building environment, comprising: | Commentary:<br><br>IEEE 802.11n/ac wireless distribution systems include 802.11n/ac compliant wireless routers and access points.<br><br>Evidence:<br>"The single-link and multi-station enhancements supported by **802.11ac** enable several new WLAN usage scenarios, such as **simultaneous streamin** **video to multiple clients throughout the home**, rapid synchronization and backup of large data files, wireless display, large campus/auditorium depl and manufacturing floor automation.[6]<br><br>With the inclusion of USB 3.0 interface, 802.11ac **access points and routers** can use locally attached storage to provide various services that fully u WLAN capacities, such as video streaming, FTP servers, and personal cloud services.[7] With storage locally attached through USB 2.0, filling the bandwidth made available by 802.11ac was not easily accomplished." {1} |
| a distribution box located in one of the rooms of the indoor, multi-room, building environment and having at least one input for receiving a signal from at least one of a wireless source and a wired source, | Commentary:<br><br>An IEEE 802.11n/ac compliant wireless router has a Wide Area Network (WAN) port for connecting to a broadband modem. The broadband modem to an Internet service provider via a Cable, DSL, fiber optic line, or terrestrial antenna to receive signals carrying data that provides the Internet ser Internet service provides many different data and program sources from servers connected to the Internet. The wireless router uses 802.11n/ac (W communicate wirelessly to multiple Wi-Fi clients simultaneously. The coverage area of a Wi-Fi network can be extended by connected to the wireles multiple Access Points (AP) is physically diverse locations.<br><br>Evidence:<br><br>"**Router**: This is the **central device of a home network** into which you can plug one end of a network cable. The other end of the cable goes into a ne device that has a network port. If you want to add more network devices to a router, you'll need more cables and more ports on the router. These p on the router and on the end devices, are called Local Area Network (LAN) ports." {3} |

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | "Wide-area network (WAN) port: Also known as the internet port. Generally, **a router has just one WAN port**. (Some business routers come with dua ports, so one can use two separate internet services at a time.) On any router, the WAN port will be separated from the LAN ports, and is often disti by being a different color. **A WAN port is used to connect to an internet source, such as a broadband modem**." {3}<br><br>"**Broadband modem: Often called a DSL modem or cable modem**, a broadband modem is a device that **bridges the internet connection from a servi provider to a computer or to a router**, making the internet available to consumers." {3}<br><br>"A wireless network is very similar to a wired network with one big difference: **devices don't use cables to connect to the router and one another**. In **they use radio wireless connections called Wi-Fi** (Wireless Fidelity), which is a friendly name for the **802.11** networking standards supported by the Electrical and Electronics Engineers (IEEE). Wireless networking devices don't need to have ports, just antennas, which sometimes are hidden inside itself. In a typical home network, there are generally both wired and wireless devices, and they can all talk to one another. In order **to have a Wi-Fi there needs to be an access point and a Wi-Fi client**." {3}<br><br>"**Access point**: An access point (AP) is a central device that **broadcasts a Wi-Fi signal for Wi-Fi clients to connect to**. Generally, each wireless networ those you see popping up on your phone's screen as you walk around a big city, belongs to one access point. You can **buy an AP separately and co router** or a switch to add Wi-Fi support to a wired network, but generally, you want to **buy a wireless router**, which is a regular router (one WAN por LAN ports and so on) **with a built-in access point**. Some routers even come with more than one access point (see discussion of dual-band and tri-ba below)." {3}<br><br>"**Wi-Fi client**: A Wi-Fi client or WLAN client is a device that can **detect the signal broadcast by an access point**, **connect to it and maintain the conne** recent laptops, phones and tablets on the market come with built-in Wi-Fi capability." {3} |
| the signal having at least one of an audio component and a video component; and | Commentary:<br><br>The wireless signals transmitted by an 802.11n/ac compliant wireless router or access point include signals for video streaming and broadband dat communications.<br><br>Evidence:<br><br>**"802.11ac** is the latest evolution of Wi-Fi, and it should be particularly good for **gaming and HD video streaming**." {4} |

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| | "The single-link and multi-station enhancements supported by **802.11ac** enable several new WLAN usage scenarios, such as **simultaneous streamin** **video to multiple clients throughout the home**, rapid **synchronization and backup of large data files**, wireless display, large campus/auditorium depl and manufacturing floor automation." **{1}**<br><br>"The last major revision to the main WiFi standard was **802.11ac**, which was designed to dramatically increase the speed of **data transfers**. This is t standard on the way to "Gigabit WiFi" where speeds can reach 1 Gbit/s, by far the fastest WiFi version to date. 802.11ac also runs solely on the les GHz band and this higher frequency and modulation rate allows for a higher speed, at the expense of range compared with 2.4 GHz 802.11n or g." |
| an orthogonal frequency division multiplexing (OFDM) transceiver operatively connected to the at least one input of the distribution box, | Commentary:<br><br>IEEE 802.11 n/ac routers and access points use OFDM transmission techniques. They also supports MIMO transmission, which uses multiple input ar output antennas to improve signal transmission in indoor environments. MIMO also provides beamforming capabilities.<br><br>Evidence:<br><br>"Traditionally, radio engineers treated natural multipath propagation as an impairment to be mitigated. **MIMO** is the first radio technology that treat **multipath propagation** as a phenomenon to be exploited. MIMO multiplies the capacity of a radio link by transmitting multiple signals over multiple, located antennas. This is accomplished without the need for additional power or bandwidth. **Space–time codes are employed to ensure that the sign** **transmitted over the different antennas are orthogonal to each other, making it easier for the receiver to distinguish one from another.** Even when line of sight access between two stations, dual antenna polarization may be used to ensure that there is more than one robust path.<br><br>**OFDM** enables reliable broadband communications by **distributing user data across a number of closely spaced, narrowband subchannels**. [1] This arrangement makes it possible to eliminate the biggest obstacle to reliable broadband communications, intersymbol interference (ISI). ISI occurs w overlap between consecutive symbols is large compared to the symbols' duration. Normally, high data rates require shorter duration symbols, incre risk of ISI. By dividing a high-rate data stream into numerous low-rate data streams, **OFDM enables longer duration symbols**. A cyclic prefix (CP) ma inserted to create a (time) guard interval that prevents ISI entirely. If the guard interval is longer than the delay spread—the difference in delays ex by symbols transmitted over the channel—then there will be no overlap between adjacent symbols and consequently no intersymbol interference. T CP slightly reduces spectral capacity by consuming a small percentage of the available bandwidth, the elimination of ISI makes it an exceedingly w tradeoff. "{6} |
| and operative for wirelessly and unidirectionally broadcasting the signal | Commentary regarding broadcasting: |

| *US9344183 – CLAIM 1* | *Commentary & Evidence* {References at end} |
|---|---|
| using OFDM modulation inside the indoor, multi-room, building environment | IEEE 802.11n/ac supports broadcast transmission of data frames, in which case there the receiving end unit does not send an acknowledgement wh receives a data frame. In IEEE 802.11n (2009) the nomenclature for broadcast and multicast frames changed to “group addressed” frames. Genera addressed frames are frames that are addressed to more than one destination. The Quality of Service (QoS) control field of a data frame is a 16-bit identifies the traffic category or traffic stream to which the frame belongs and other QoS-related information about the frame. The Ack Policy subfie and 6) of the QoS control field is used to specify whether or not the data frame requires an acknowledgement. The combination of bit 5 = 1 and bit for group addressed data frames to indicate that an acknowledgement is not required for the data frame. |

Evidence regarding broadcasting:

“**Frames transmitted to a broadcast** or multicast destination (Address 1 has the group bit set) have a duration of 0. Such frames are not part of an a exchange and **are not acknowledged by receivers**, so contention-based access to the medium can begin after the conclusion of a broadcast or mult frame.” {2}

| Octets: 2 | 2 | 6 | 6 | 6 | 2 | 6 | 2 | 4 | 0–7955 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Frame Control | Duration /ID | Address 1 | Address 2 | Address 3 | Sequence Control | Address 4 | QoS Control | HT Control | Frame Body | FCS |

MAC Header

**Figure 7-1—MAC frame format**

{8}

**7.1.3.5 QoS Control field**

“The QoS Control field is a 16-bit field that identifies the **traffic category** (TC) or **traffic stream** (TS) to which the frame belongs and various other **Qo** **information** about the frame that varies by frame type and subtype.” {8}

**7.1.3.5.3 Ack Policy subfield**

**Table 7-6—Ack Policy subfield in QoS Control field of QoS data frames**

<table>
<tr><th>US9344183 – CLAIM 1</th><th>Commentary & Evidence<br>{References at end}</th></tr>
<tr><td></td><td>
<table>
<tr><th colspan="2">Bits in QoS Control field</th><th rowspan="2">Meaning</th></tr>
<tr><th>Bit 5</th><th>Bit 6</th></tr>
<tr><td>1</td><td>0</td><td>No Ack<br>The addressed recipient takes no action upon receipt of the frame. More details are provided in 9.11.<br>The Ack Policy subfield is set to this value in all directed frames in which the sender does not require acknowledgment. This combination is also used for <s>broadcast and multicast</s> <u>group-addressed</u> frames that use the QoS frame format. <u>This combination is not used for QoS data frames with a TID for which a Block Ack agreement exists.</u></td></tr>
</table>
{8}</td></tr>
<tr><td>from the distribution box in the room in multiple directions</td><td><u>Commentary</u><br><br>In 2009, IEEE 802.11n introduced MIMO transmission capability, which supports directed beamforming. Beamforming enables transmissions to be s directed to a one or more diversely located receivers. In 2013, IEEE 802.11ac extended the maximum number of space-time streams supported fro streams in 802.11n to eight in 802.11ac. The Very High Throughput (VHT) physical specification (PHY) of 802.11ac applies to individually addressed addressed transmission (see the earlier discussion regarding broadcast/multicast transmissions now referred to as group addressed transmissions). PHY also provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-t streams per user with the total number of space-time streams not exceeding eight. The following figure depicts directed space-time streams being to end units. Note that either the transmission depicted by the blue arrows (i.e. eight streams) or the transmission depicted by the green arrows an arrows (i.e. total of eight streams) would occur simultaneously, so as not to exceed the maximum of eight streams.<br><br><u>Evidence</u>:<br><br>“22. Very High Throughput (VHT) PHY specification<br><br>22.1 Introduction<br>22.1.1 Introduction to the VHT PHY<br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.</td></tr>
</table>

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>**{References at end}** |
|---|---|
| | In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of **space-time streams** supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU trans **supports up to four users with up to four space-time streams per user** with the total number of space-time streams not exceeding eight.<br><br>NOTE—A VHT SU PPDU includes individually addressed and **group addressed transmissions**." {9} |

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | <br>*Figure 4-14. Multi-user MIMO transmission model system*<br><br>{7} |
| to a plurality of end units, | Commentary: |

| *US9344183 – CLAIM 1* | *Commentary & Evidence* {References at end} |
|---|---|

An IEEE 802.11n/ac compliant wireless router or access point is capable of communicating with many types of end units. Examples of the various ty units, which are 802.11n/ac compliant Wi-Fi client devices is given in the table below. These Wi-Fi client devices include handheld devices, laptops, digital TVs and set-top boxes.

Evidence:

| Scenario | Typical client form factor | PHY link rate | Aggregate capacity (speed) |
|---|---|---|---|
| One-antenna AP, one-antenna STA, 80 MHz | Handheld | 433 Mbit/s | 433 Mbit/s |
| Two-antenna AP, two-antenna STA, 80 MHz | Tablet, laptop | 867 Mbit/s | 867 Mbit/s |
| One-antenna AP, one-antenna STA, 160 MHz | Handheld | 867 Mbit/s | 867 Mbit/s |
| Three-antenna AP, three-antenna STA, 80 MHz | Laptop, PC | 1.27 Gbit/s | 1.27 Gbit/s |
| Two-antenna AP, two-antenna STA, 160 MHz | Tablet, laptop | 1.69 Gbit/s | 1.69 Gbit/s |
| Four-antenna AP, four one-antenna STAs, 160 MHz (MU-MIMO) | Handheld | 867 Mbit/s to each STA | 3.39 Gbit/s |
| Eight-antenna AP, 160 MHz (MU-MIMO)<br>• one four-antenna STA<br>• one two-antenna STA<br>• two one-antenna STAs | Digital TV, Set-top Box, Tablet, Laptop, PC, Handheld | • 3.39 Gbit/s to four-antenna STA<br>• 1.69 Gbit/s to two-antenna STA<br>• 867 Mbit/s to each one-antenna STA | 6.77 Gbit/s |
| Eight-antenna AP, four 2-antenna STAs, 160 MHz (MU-MIMO) | Digital TV, tablet, laptop, PC | 1.69 Gbit/s to each STA | 6.77 Gbit/s |

{1}

at least one of the end units being located in another room separated by a wall from the one room of the indoor, multi-room, building environment,

Commentary:

Transmissions from IEEE 802.11n/ac compliant routers and access points are capable of passes through walls of an indoor, multi-room building. The from the referenced research paper describes an office scenario in which an 802.11ac access point was tested. The access point is depicted as a bl the figure. Wireless devices at locations E, G, and H receive non-line of sight transmissions through at least one interior wall. IEEE 802.11n routers a

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br><br>**{References at end}** |
|---|---|
| | points are thought to have better wall penetration capability than similar 802.11ac systems because they transmit at 2.4 GHz, as compared to 802.<br>systems, which transmit at 5 GHz. Although some 802.11ac routers and access point support dual frequencies – 2.4Ghz and 5 GHz.<br><br><u>Evidence</u>:<br><br>"3. 802.11AC THROUGHPUT & JITTER PERFORMANCE CHARACTERIZATION<br><br>3.1 Office scenario<br><br>We deploy an **indoor 802.11ac WLAN testbed** in our offices, covering an area of 40×15m2. The office testbed is depicted in Fig. 1 with **the blue squ** **indicating the AP and the red circles the clients**. The **average RSSI** and other characteristics **of each client** evaluated in the office testbed are **descri** **Table 1**. "{10} |

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | <br><br>**Figure 1: 802.11ac office testbed used for the throughput and latency measurements. The blue square indicates the access point and a red circle a client.** |

| Link | RSSI | Line of Sight | Quality |
|---|---|---|---|
| A | -10 dBm | Yes | Strong |
| B | -14 dBm | Yes | Strong |
| C | -27 dBm | No | Strong |
| D | -40 dBm | No | Medium |
| E | -45 dBm | No | Medium |
| F | -57 dBm | No | Medium |
| G | -61 dBm | No | Weak |
| H | -75 dBm | No | Weak |

**Table 1: Average RSSI values for each link type in the office testbed, when using channel 149.** {10}

“5Ghz does have a downside in that it is less able to penetrate solid walls and objects, so if you go outside your house to use your phone, your conn might drop. So to sum up, 2.4Ghz is very congested resulting in dropped connections and slow data throughput. However, it is better suited for trans data over longer ranges and through walls and other solid objects. 5Ghz by contrast, is what we’ll call the “indoor” band. It’s ideal for connections inside the house due to the lack of congestion, higher data transmission rates, and smaller effective range. It’s also the only band available if you want to tak of the newer, super-fast wireless AC standard. {11}

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
| --- | --- |
| | |
| the at least one end unit receiving the unidirectionally broadcast signal through the wall via packets each having a width of sufficient duration to resist multi-path reflection and absorption phase induced losses. | Commentary:<br><br>IEEE 802.11n/ac compliant routers and access points use OFDM transmission techniques that enable the transmission to resist multi-path reflection absorption phase induced losses. The first references compares 802.11ac transmission testing (link quality) results between an office testbed, in wh interior walls were made of concrete and steel, to a home testbed, in which the interior walls were made of wood. In both cases the transmissions p the interior walls, even though the walls made of concrete and steel provided a higher degree of reflections and multi-path effects. The second refe describes how OFDM signals resist these effects. Specifically, by distributing the data across multiple subchannels, the data rate on each subchann enough that the transmitted data symbols are of long enough duration to resist intersymbol interference, which is caused by the effects of multi-pa reflection and absorption phase induced losses. Therefore, the transmitted packets, which comprise these symbols, are of sufficient duration to res effects.<br><br>Evidence:<br><br>“3.2 Home scenario<br><br>To validate that the results presented in §3.1 are consistent in more than one testbed, we repeat the same characterization with the same methodo **home testbed** covering an area of 18 × 15m2 (mainly built of wood). The links evaluated are described in Table 4. Note that **we examined multiple areas of the home environment but there was not high variation in link qualities** and therefore we only present four links.<br><br>We see that the trend of the office regression (Fig. 3) heatmaps is similar is followed also in the case of the home testbed (Fig. 4). However, the tre feature in the home testbed is much clearer and more monotonic and consistent across the different link qualities because of the lack of high huma interference, as well as the **material (wood) the home testbed is made of – compared to the office one (concrete, steel) – minimizing the impact of reflections and multipath**. “{10}<br><br>**“OFDM** enables reliable broadband communications by **distributing user data across a number of closely spaced, narrowband subchannels**.[1] This arrangement **makes it possible to eliminate the biggest obstacle to reliable broadband communications, intersymbol interference (ISI)**. ISI occurs w overlap between consecutive symbols is large compared to the symbols’ duration. **Normally, high data rates require shorter duration symbols, incre risk of ISI. By dividing a high-rate data stream into numerous low-rate data streams, OFDM enables longer duration symbols**. A cyclic prefix (CP) ma inserted to create a (time) guard interval that prevents ISI entirely. If the guard interval is longer than the delay spread—the difference in delays ex by symbols transmitted over the channel—then there will be no overlap between adjacent symbols and consequently no intersymbol interference. T |

| *US9344183 – CLAIM 1* | *Commentary & Evidence*<br>{References at end} |
|---|---|
| | CP slightly reduces spectral capacity by consuming a small percentage of the available bandwidth, the elimination of ISI makes it an exceedingly w<br>tradeoff. "{6} |

{1} New scenarios and configurations https://en.wikipedia.org/wiki/IEEE_802.11ac

{2} 802.11 Wireless Networks: The Definitive Guide, 2nd Edition, Chapter 4, 802.11 Framing in Detail https://www.safaribooksonline.com/library/view/80211-wireless-networks/059610052

{3} Home networking: Everything you need to know https://www.cnet.com/how-to/home-networking-explained-part-1-heres-the-url-for-you/

{4} 802.11ac: what you need to know http://www.techradar.com/news/networking/wi-fi/802-11ac-what-you-need-to-know-1059194

{5} WiFi standards explained: what you should know about the new 802.11 ad, ah & af standards http://www.androidauthority.com/wifi-standards-explained-802-11b-g-n-ac-ad-ah-af-6662

{6} MIMO-OFDM https://en.wikipedia.org/wiki/MIMO-OFDM

{7} 802.11ac A Survival Guide, Chapter 4: Beamforming in 802.11ac http://chimera.labs.oreilly.com/books/1234000001739/ch04.html

{8} IEEE Std 802.11n-2009

{9} IEEE Std 802.11ac-2013

{10} Evaluating 802.11ac Features in Indoor WLAN: An Empirical Study of Performance and Fairness https://s3-us-west-1.amazonaws.com/disneyresearch/wp-content/uploads/20161017225518/Evaluating-802.11ac-Features-in-Indoor-WLAN-An-Empirical-Study-of-Performance-and-Fairness-Paper.pdf

{11} What's the Difference Between 2.4 and 5-Ghz Wi-Fi? (and Which Should You Use) http://www.howtogeek.com/222249/whats-the-difference-between-2.4-ghz-and-5-ghz-wi-fi-and-whi